The Court of Appeals is adjourned at this time. The defense's performance is the suspect's state of the law at the time of the attack and not subject to any other court-appointed powers in the law. So here at the title, this court will follow four agents to authentication. There is someone proposed by the teenager in general and later developed into a sexual assault and homicide victim. You were accused of murdering because those are the basic facts of the case here. So this case is subject to a few notes. The defendant is charged with murder. It wasn't until seven years after the assault that the state's court of appeals first established your earlier case. It's just a case of a separate case. It's not a case of murder. It's not a case of murder. It's a case of assault. But there's something about this case that is possibly less terrible than that. One of the claims, one of the main claims that the defendant is accused of is that his household is being affected for not requesting an extradition structure. There's no more mention in the magistrate's order, in this court's order, or even any of the briefs in this case, as to why the structure is actually contained in this case. And the practice of the victim is not much better. My law clerk tracked it down, and that's why I make sure that I have a loose record. I left no structure. I left no structure. I guess it's not the actual record, but the papers I'm looking at say case 532 in the upper right-hand corner, not in the correct one. I can simply use the transcript of the trial to correct it. It looks like in the upper left-hand corner, it says case 197 of 235. It was found in the divorce documents. I'm talking words. I said structure. I meant structure. So, in the structure, I read it. The burglary says, it goes to the elements, it says, And I'm going to be asking the chosen couple a few questions. Really? Like, what's wrong? You may or may not have gone that route. I'm going to continue on the degrees that this instruction satisfies everything that they're looking for. But perhaps the statute almost worked for words. I don't think it did. But he suggested that that instruction is incorrect. I think a public object is a chosen victim. It controls the structure. And remaining unlawful is something that occurs a single moment in time. It's not a continuous event. I don't think that's correct. But there certainly is no law supporting that. In 2006, the Constitution did, these structures were clearly correct. And probably where they are correctly correct now, or at least I would state they're correctly correct now, is a statement of the correct form. So, again, going back to what was actually the previous case, this is not the way it's done. I said, well, you believe this argument because you never asserted that you were correct. I don't think this was ever cited or folded or anything, which I don't think we ever see that they were incorrect. And I believe that we did argue that they were correct. I just didn't find that much more subjective in the record. Well, I actually did. So, if you don't apologize at the letter, I would not be able to do it. But, in my 130th letter, I insist that part of your job is to make sure the record is full, complete. I didn't choose that to happen. I apologize. Remember, I apologize for that. I agree that each and every one of those contradictory structures is more or less correct. It saves a lot of time. I apologize that they weren't there. They aren't part of the district court record. It's a different situation. So, they're certainly available for the court to review. But, again, we hope they're helpful. Thank you. Thanks. I'm sorry. Well, I'm sorry that I brought it up. It's all right. It's all right. It's all right.    It's all right. It's all right. It's all right. It's all right. It's all right. I didn't see any reference to this structure. So, I didn't know why either it was valid or not. It might be somewhere else. No discussion. I don't recall any specific discussion about that. My understanding is the nature of the question here is not that this structure is correct, but that there's a big contradiction about this structure. On that point, this whole instruction of theirs, this thing was not supported by the district court to this day. It's supported only by the district court. That's the majority part of this decision. We believe it's been superseded. But, I think, in the concessional proceedings, your exception says that, yes, you can't bring in a director or remain on models. Is it doing or remaining on models? It's single, is it continuous, and it occurs over time, or is it something that occurs at a single moment in time? And, there are essentially no argument that it has to be a specific single moment in time. I don't think it actually sets the scope down more about putting it within the jurisdiction of the district court. They're doing it in case law. With the limited notice assignment, at the time of passing or remaining on lawfully, David Beckford has in effect committed a crime of assault, here and now. So, it tells us that at a time, this provisional time, as far as that is concerned, it occurred with a particular intent to commit an assault. And, that says that remaining on lawfully, when does that intent to assault or to remain on models, when does that have to arise? That's an attachment to remaining on lawfully. But, I agree that it must arise at a time that most remaining on lawfully are intended. It does not need to be at a certain point in time, or maybe that time, because it has to have a specific intent. But, when you totally, you're trespassing, it's a fun question. Is there a better time than to execute? To have to have the intent to assault, the person who is involved, the invitation, the belief, the proposition, or I think the case law, but I don't think there is a case law. This is a fashionable language, but that's just what it is. I don't think I disagree with anything you said, Judge Curtis. I truly agree with that momentum. It is that even if the intent is strong, even if the first motive is to remain on lawfully, if one continues to remain on lawfully, unless it's the intent to commit assault, if that satisfies the statute as well, well, you know, well, there's still a relationship to start, I'll say that. I don't think that's a, that's a, I think it's a, door to open. Absolutely, I think that's part of why this section by section, Carson, doesn't really work in the case like this. But what she was told was, or what she, what she's counselor told was, that there may not be, there may not be more, but there were instructions required that almost simultaneously, I agree that the instructions, and it's not inconsistent with what I, so I, I believe I agree with you on this. But let me also say that there's another layer of to make a difference in this case, and that's to the instructions of to those people who who do not raise it up, it's the financial aims that are talked about in the post-conviction perspective. And just as the criminal counsel is told to make a decision, she's told what issues to raise, what issues not to raise, post-conviction counsels are told to do that as well. Post-conviction counsels are required to assert every last claim that they can see that they have merit. They're required not just to win at the hallmark vote, but they're demanded that they cease to make those claims down, to see the ones that they think have the best, that leave the most success. And is it you or I that look at these claims and say, well, the ones that were brought are weaker than the ones that that didn't think could have been brought? I think that that is very much a strategic decision that's possible in all cases, in all organizations. So the fact that post-conviction counsel decides not to assert these claims as a title is too strong a presumption that it should be arranged at least for a couple of cases. I'm going to take questions now. Thank you. Thank you, Dr. Rader, on behalf of the Chicago Council. I just want to address your question. One of the resources that we're at are the ones that are there. I also instructed on this and tried until he basically told the jury that at the time I was there that he said that he had the intention to be on five of the cases and, therefore, he was doing it only on himself. So, I don't think the instruction is worth correcting because, really, it's so self-excusing. I didn't care about the questions. I just wanted to address that. I agree with you, but there must be something worth doing. Because, when you learn yourself, you don't decide to solve problems when you can't receive this correctly. The same intent occurred to me when I was there. I  care about the questions. I just wanted to address that. I don't think that there's any idea that you have an intent for something you don't know about. I don't think that
judges: Pregerson, Bea, Owens